# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:97-CR-34-1BR |
| Tony Dejaun Bynum ) | USM No: 16878-056 |
| Date of Previous Judgment: October 28, 1999 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney  Thomas P. McNamara |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED   and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  180  months **is reduced to**  146  months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 39 | | Amended Offense Level: 37 | |
| Criminal History Category: IV | | Criminal History Category: IV | |
| Previous Guideline Range: 360 to Life months | | Amended Guideline Range: 292 to 365 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

## III. ADDITIONAL COMMENTS

The court has considered the government's objection to the motion and notes that, according to Probation, defendant was punished for the 2000 post-sentencing conduct by the loss of good time credit. This reduced sentence consists of 146 months imprisonment as to Count 1 and 60 months imprisonment as to Count 2. The terms shall run concurrently.

Except as provided above, all provisions of the judgment dated  June 2, 1997 and the judgment dated October 28, 1999. shall remain in effect.

**IT IS SO ORDERED.**

Order Date: May 1, 2008

_/s/ W. Earl Britt_
Judge's signature

Effective Date: _____
(if different from order date)

W. Earl Britt, Senior U.S. District Judge